643 A.2d 971

IN THE MATTER OF PERRY J. HODGE,
AN ATTORNEY AT LAW.

May 18, 1994.

## ORDER

The Disciplinary Review Board having recommended to the Court that **PERRY J. HODGE** of **NEWARK,** who was admitted to the bar of this State in 1984, and who was by Order of this Court dated January 12, 1993, suspended from the practice of law for a period of three months, effective February 8, 1993, with restoration to practice conditioned on respondent's practicing under the supervision of a proctorship for a period of two years, be restored to the practice of law, and good cause appearing;

It is ORDERED that **PERRY J. HODGE** of **NEWARK,** is hereby restored to the practice of law, effective immediately, and it is further

ORDERED that **PERRY J. HODGE** practice law under the supervision of a proctor approved by the Office of Attorney Ethics, for a period of two years and until further Order of this Court.